THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

. (Submitted January 15, 1923; decided January 23, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 345.)